# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2013

### NO. 03-13-00360-CV

**Milton E Lindsey, Jr., Appellant**

**v.**

**Kathryn Renee Ramsey, Appellee**

**APPEAL FROM JUSTICE COURT, PRECINCT THREE OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal is dismissed for want of jurisdiction. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.